UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUIS A. PADILLA, JR. | : | CIVIL ACTION NO.: 2:22-cv-00054 |
| VERSUS | : | DISTRICT JUDGE JANE TRICHE MILAZZO |
| TONY R. BELL, JL BARNETT TRUCKING, T. LAMBERT INC., GREAT WEST CASUALTY COMPANY, AND ABC INSURANCE COMPANY | : : | MAGISTRATE JUDGE DONNA PHILLIPS |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Defendants, TONY R. BELL, JL BARNETT TRUCKING, T. LAMBERT INC., and GREAT WEST CASUALTY COMPANY, who, in accordance with Rule 16.4 of the Local Rules of the Eastern District, hereby notify the court that a full and final compromise has been reached between the parties to the instant litigation.

Respectfully submitted,

The Dill Firm, A.P.L.C.

By:   /s/ David R. Rabalais
JAMES M. DILL (Bar Roll No. 18868)
DAVID R RABALAIS (Bar Roll No. 17759)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email: JDill@dillfirm.com
Email: DRabalais@dillfirm.com
ATTORNEYS FOR DEFENDANTS